HOMTON (HILLS v.). See Case No. 6,508.

HONE (JEWETT v.). See Case No. 7,311.

---

## Case No. 6,663.
### Ex parte HONER.

[Cited in Ex parte Schaumburg, Case No. 12,-441. Nowhere reported; opinion not now accessible.]